ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 3 2006

at 10 o'clock and 55 min. A M
SUE BEITIA, CLERK

HOWARD J. STEINBERG (CAL. BAR NO. 89291)
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile:   (310) 203-7199
E-Mail:       hsteinberg@irell.com

DON JEFFREY GELBER (628-0)
Gelber, Gelber, Ingersoll & Klevansky
Suite 1400, 745 Fort Street
Honolulu, Hawaii 96813
Telephone:  (808)524-0155
Facsimile:   (808)531-6963
E-Mail:       D.J.Gelber@ggik.com

Attorneys for Plaintiff NIMITZ PARTNERS LLC,
and Counter-Defendants 120 HOTEL CORP.,
AIRPORT INN PARTNERS, ELBE COMPANY,
DAVID ELMORE and KXE LLC

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re NIMITZ PARTNERS LLC formerly known as FAITH PARTNERS, a Hawaii general partnership, Tax Identification No. 99-018491,<br><br>                    Debtors. | CIVIL NO. CV03-00518 DAE/KSC<br><br>Bk. Nos.  00-3501<br>              00-3502<br>              00-3503<br>              00-3504<br>(Chapter 11)<br>(Jointly Administered) |

[Caption continued on next page.]

| | |
|---|---|
| NIMITZ PARTNERS LLC, formerly known as FAITH PARTNERS, a Hawaii general partnership, Tax Identification No. 99-018491,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>LLAMA CAPITAL MORTGAGE COMPANY, a Massachusetts limited partnership, and DOES 1-5, inclusive,<br><br>　　　　　　Defendants.<br>_____<br>LLAMA CAPITAL MORTGAGE COMPANY, a Massachusetts limited partnership,<br><br>　　　　　　Counterclaim Plaintiff,<br><br>　　　v.<br><br>NIMITZ PARTNERS LLC, formerly known as FAITH PARTNERS, a Hawaii general partnership, Tax Identification No. 99-018491, KXE | Adversary Proceeding No. 03-90032<br><br>**CERTIFICATE OF SERVICE** |

| | |
|---|---|
| LLC, a Hawaii Limited Liability Company, FIRST HAWAIIAN BANK, Defendants JOHN DOES 1-50, JANE DOES 1-50, DOE PARTNERSHIPS 1-50, DOE CORPORATIONS 1-50, DOE ENTITIES 1-50, and DOE GOVERNMENTAL UNITS 1-50, inclusive, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Counterclaim Defendants. | )<br>) |

## CERTIFICATE OF SERVICE

**Re: STIPULATION AND ORDER AUTHORIZING SETTLEMENT AGREEMENT AND AUTHORIZING TRANSFER OF PROPERTY; EXHIBIT "1," filed December 29, 2005**

I hereby certify that, on December 30, 2005, a copy of the document identified above was served upon the following parties at their last known address in the manner indicated below:

| | |
|---|---|
| JAMES A. WAGNER, ESQ.<br>NEIL J. VERBRUGGE, ESQ.<br>Wagner Choi & Evers<br>745 Fort Street, Suite 1900<br>Honolulu, Hawaii 96813<br>E-mail: jwagner@wcelaw.com<br>          nverbrugge@wcelaw.com<br>    Attorneys for<br>    Defendant/Counterclaim Plaintiff<br>    Llama Capital Mortgage Company | **VIA HAND DELIVERY** |
| NICHOLAS C. DREHER, ESQ.<br>KRISTIN S. SHIGEMURA, ESQ.<br>Cades Schutte<br>1000 Bishop Street, Suite 1200<br>Honolulu, Hawaii 96813<br>E-mail: ndreher@cades.com<br>    Attorneys for Counterclaim<br>    Defendant First Hawaiian Bank | **VIA U.S. MAIL** |
| REBECCA LEAH COVERT, ESQ.<br>Takahashi, Masui & Vasconcellos<br>345 Queen Street, Suite 506<br>Honolulu, Hawaii 96813<br>Facsimile: (808) 524-7295<br>    Attorney for International Longshore<br>    and Warehouse Union, Local 142 | **VIA U.S. MAIL** |

DATED: Honolulu, Hawaii, December 30, 2005.

*/s/ Gelber*

DON JEFFREY GELBER
Attorney for Plaintiff and Reorganized
Debtor NIMITZ PARTNERS LLC

0100823.wpd