ORIGINAL

HOWARD J. STEINBERG (CAL. BAR NO. 89291)
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile:  (310) 203-7199
E-Mail:      hsteinberg@irell.com

DON JEFFREY GELBER (628-0)
Gelber, Gelber, Ingersoll & Klevansky
Suite 1400, 745 Fort Street
Honolulu, Hawaii 96813
Telephone:  (808)524-0155
Facsimile:  (808)531-6963
E-Mail:      D.J.Gelber@ggik.com

Attorneys for Nimitz Partners, Reorganized
Debtor and Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 0 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

**LODGED**

JAN 1 9 2006
10:10 AM ay
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re NIMITZ PARTNERS LLC formerly known as FAITH PARTNERS, a Hawaii general partnership, Tax Identification  No. 99-018491, | CIVIL NO. CV03-00518 DAE/KSC |
| | Bk. Nos. 00-3501 |
| | 00-3502 |
| | 00-3503 |
| | 00-3504 |
| Debtors. | (Chapter 11) |
| | (Jointly Administered) |
| NIMITZ PARTNERS LLC, formerly known as FAITH PARTNERS, a Hawaii general partnership, Tax Identification  No. 99-018491, | Adversary Proceeding No. 03-90032 |
| | **STIPULATION OF DISMISSAL** |
| | **OF LLAMA CAPITAL** |
| | **MORTGAGE COMPANY'S** |
| Plaintiff, | **COUNTERCLAIMS IN** |
| | **ADVERSARY PROCEEDING** |

[Caption continued on next page.]

v.                                         )
                                           )
LLAMA CAPITAL MORTGAGE                     )
COMPANY, a Massachusetts                   )
limited partnership, and DOES 1-5,         )
inclusive,                                 )
                                           )
            Defendants.                    )
                                           )
_____   )
                                           )
LLAMA CAPITAL MORTGAGE                     )
COMPANY, a Massachusetts                   )
limited partnership,                       )
                                           )
            Counterclaim Plaintiff,        )
                                           )
v.                                         )
                                           )
NIMITZ PARTNERS LLC, formerly              )
known as FAITH PARTNERS, a                 )
Hawaii general partnership, Tax            )
Identification No. 99-018491, KXE          )
LLC, a Hawaii Limited Liability            )
Company, FIRST HAWAIIAN                     )
BANK, Defendants JOHN DOES                 )
1-50, JANE DOES 1-50, DOE                  )
PARTNERSHIPS 1-50, DOE                     )
CORPORATIONS 1-50, DOE                     )
ENTITIES 1-50, and DOE                     )
GOVERNMENTAL UNITS 1-50,                   )
inclusive,                                 )
                                           )
            Counterclaim Defendants.       )
                                           )

## STIPULATION OF DISMISSAL OF
## LLAMA CAPITAL MORTGAGE COMPANY'S
## <u>COUNTERCLAIMS IN ADVERSARY PROCEEDING</u>

IT IS HEREBY STIPULATED by NIMITZ PARTNERS LLC, a Hawaii limited liability company, successor to Nimitz Partners, formerly known as Faith Partners, a Hawaii general partnership ("Nimitz Partners"), LLAMA CAPITAL MORTGAGE COMPANY, a Massachusetts limited liability partnership ("Llama Capital"), KXE LLC, a Hawaii limited liability company ("KXE"), and FIRST HAWAIIAN BANK ("FHB"), being all of the parties who have appeared in <u>Nimitz Partners LLC, formerly known as Faith Partners, v. Llama Capital Mortgage Company</u>, Adversary Proceeding No. 03-90032 (the "Adversary Proceeding"), that:

1.    The refinancing referred to in the Stipulation and Order Approving Settlement Agreement and Authorizing Transfer of Property, filed herein on December 29, 2005, has closed.

2.    Pursuant to Rule 41(a)(1) and (c) of the Federal Rules of Civil Procedure, Llama Capital's counterclaims in the Adversary Proceeding are DISMISSED.

3.    This Stipulation may be executed in two or more counterparts and each counterpart, when executed, shall be deemed an original, and all such counterparts shall constitute one instrument binding on all other parties hereto. For

all purposes, extra duplicate and unexecuted pages of the counterparts may be discarded and the remaining pages assembled and filed as one document.

DATED: Honolulu, Hawaii, _____ JAN 1 9 2006 _____.

HOWARD J. STEINBERG
DON JEFFREY GELBER
Attorneys for Nimitz Partners LLC,
Successor to Nimitz Partners formerly
known as Faith Partners, a Hawaii general
Partnership

JAMES A. WAGNER
TERENCE J.O'TOOLE
Attorneys for Llama Capital Mortgage
Company

HOWARD J. STEINBERG
Attorney for KXE LLC, a Hawaii
limited liability company

NICHOLAS C. DREHER
KRISTEN SAYO SHIGEMURA
Attorneys for First Hawaiian Bank

APPROVED AND SO ORDERED:

UNITED STATES DISTRICT JUDGE

In re Nimitz Partners LLC, fka Faith Partners; Nimitz Partners LLC, fka Faith Partners, et al., v. Llama Capital Mortgage Company, et al.; Civil No. CV03-00518 DAE/KSC, United States District Court for the District of Hawaii; STIPULATION OF DISMISSAL OF LLAMA CAPITAL MORTGAGE COMPANY'S COUNTERCLAIMS IN ADVERSARY PROCEEDING