AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| NIMITZ PARTNERS LLC formerly known as FAITH PARTNERS, a Hawaii general partnership, Tax Identification No. 99-018491.. | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 03-00518 DAE-KSC |
| Plaintiff(s),<br><br>V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>February 6, 2006<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| LLAMA CAPITAL MORTGAGE COMPANY, a Massachusetts limited partnership, et al.<br><br>Defendant(s). | |

[ ]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the "Stipulation of Dismissal of Llama Capital Mortgage Company's Counterclaims in Adversary Proceeding" filed on January 20, 2006, Llama Capital's Counterclaims in the Adversary Proceeding are DISMISSED.

Cc: all counsel/Clerk, Bankruptcy Court

| | |
|---|---|
| _____February 6, 2006_____<br>Date | _____SUE BEITIA_____<br>Clerk<br><br>_signature_<br><br>(By) Deputy Clerk |

## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

February 6, 2006

TO ALL COUNSEL

Re:  CV 03-518 DAE-KSC
NIMITZ PARTNERS LLC formerly known as FAITH PARTNERS, a Hawaii general partnership, Tax Identification No. 99-018491 vs. LLAMA CAPITAL MORTGAGE COMPANY, a Massachusetts limited partnership, et al.

Dear Sir,

Please be advised that pursuant to Rule 77, FRCP, notice is hereby given that judgment was entered on February 6, 2006.

Sincerely Yours,

SUE BEITIA, CLERK

by: Eileen Sakoda
Deputy Clerk

cc: all counsel